*OKAY TO APPOINT*
*SLC 6-2-11*

Case: 3:11-cv-00183-wmc   Document #: 11 (Ex Parte)   Filed: 05/27/11   Page 1 of 1

Pro-se motion/Request for Appointment of Counsel. Defendant in County jail in Illinois.

**CJA 23**

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: United States v.s. Real property 785 ~~Paddock~~ Road

FOR: 2011 MAY 27 PM 12:40

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Troy Charles Thompson

Rockford, Ill. 61102

CHARGE/OFFENSE (describe if applicable & check box →): unknown
☐ Felony  ☐ Misdemeanor

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 11-cv-183
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☒ No  ☒ Am Self-Employed

Name and address of employer: T-Bone Productions, Inc. 5359 Elena Dr. RKFD, IL

IF YES, how much do you earn per month? $ $1,600.00 mo.

IF NO, give month and year of last employment. How much did you earn per month? $

If married is your Spouse employed? ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No

RECEIVED: $   SOURCES: See above

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE: 5000 / 4,000
DESCRIPTION: 1999 Chvy. Truck, 2009 Toyota / Sound recording equipment

**DEPENDENTS**

MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
_X_ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: House
Credit card
Electric Bill, Gas Bill, Insurance

| Creditors | Total Debt | Monthly Paymt |
|---|---|---|
| House | $ | $ 1121 |
| Credit card | $ | $ 250 |
| Electric Bill, Gas Bill, Insurance | $ | $ 550 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5-10-11

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Troy Ch. Thomp*

I, Troy Thompson, depose and state this material was placed in the U.S Postal service of the Winnebago County Jail on may 10, 2011. *Troy Ch. Thomp*