IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

        Plaintiff,

v.

REAL PROPERTY LOCATED AT
1285 PUDDLEDOCK ROAD,
ARGYLE, LAFAYETTE COUNTY,
WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON,

        Defendants.

Case No.: 11-cv-183

ORDER

---

Gregory N. Dutch has filed a request for attorney fees, including a breakdown of fees and costs associated with his representation of claimant Troy Thompson in this case from June 3, 2011 to May 3, 2012. From my review of the request, I am satisfied that the amount requested is fair and reasonable. Therefore, IT IS ORDERED that judgment is entered in favor of Gregory N. Dutch against the United States in the amount of $5,525.00.

Entered this _19th_ day of June, 2012.

BY THE COURT:

_Barbara B Crabb_
BARBARA B. CRABB
District Judge