IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 1285
PUDDLEDOCK ROAD, ARGYLE,
LAFAYETTE COUNTY, WISCONSIN,
WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-183

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of Gregory N. Dutch against the United States in the amount of $5,525.00.

By: _Fynn Kamke, Deputy Clerk_        6-20-12
    Peter Oppeneer, Clerk of Court        Date